## J. E. MIRICK v. THE STATE.

### No. 5017.   Decided May 22, 1918.

**1.—Rape—Sufficiency of the Evidence.**

   Where, upon trial of rape upon a female under the age of consent, the evidence sustained the conviction, under a proper charge of the court, there was no reversible error.

**2.—Same—Substitution of Indictment.**

   Where there was no intimation in the record on appeal that the paper substituted was not a true and substantial copy of the original indictment, which